Jen-Feng Lee, SBN 204328 (jflee@ltpacificlaw.com)
LT PACIFIC LAW GROUP, LLP
17800 Castleton Street, #560
City of Industry, CA 91748
T: 626-810-7200
F: 626-810-7300

Robert Aycock (Admitted *Pro Hac Vice*) (raycock@padrm.com)
PIA ANDERSON MOSS HOYT
136 East South Temple, Suite 1900
Salt Lake City, UT 84111
Telephone: (801) 350-9000
Facsimile: (801) 350-9010

*Attorneys for Plaintiff Red Star Traders, LLC*

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RED STAR TRADERS, LLC D/B/A RST BRANDS, a Utah limited liability company;<br>Plaintiff,<br><br>v.<br><br>ABBYSON LIVING CORPORATION, a Nevada Corporation; ABBYSON LIVING LLC, a Delaware limited liability company; ABBYSON CORPORATION, a California corporation; and ABBYSON HOME CORPORATION, a California corporation.<br><br>Defendants. | Case No. 2:16-cv-02781-AB-KS<br><br>**FINAL ORDER AND ISSUANCE OF PERMANENT INJUNCTION**<br><br><br>Judge Andre Birotte Jr. |

WHEREAS, plaintiff Red Star Traders, LLC ("RST"), commenced this action against defendant Abbyson Living Corporation ("Abbyson") by filing a complaint on April 22, 2016 (the "Action"), alleging *inter alia*, that Abbyson has infringed on RST's unregistered trade dress in connection with its PORTOFINO™ outdoor furniture products through its manufacturing and selling of an outdoor furniture set under the name "Montecito" as described and depicted in RST's complaint filed in the Action (the "Montecito Products");

WHEREAS, the parties have agreed to enter into a separate Settlement Agreement and Mutual Release;

WHEREAS, the parties agree to the entry of a permanent injunction; and

WHEREAS, this Court having reviewed the stipulation of the parties for entry of a Permanent Injunction, being fully advised in the premises, and for good cause shown, the Court hereby issues the following orders:

A. IT IS HEREBY ORDERED, that Abbyson and its subsidiaries, agents, affiliates and divisions, and all other persons or entities acting in concert or participation with Abbyson, shall be and hereby are permanently enjoined and restrained from manufacturing, selling, and/or marketing the Montecito Products (described and depicted in the Litigation) while RST, or its subsidiaries, affiliates, divisions, successors in interest, or assigns, remains in business and while it sells and markets its PORTOFINO™ outdoor furniture products.

B. IT IS FURTHER ORDERED that this lawsuit is dismissed without prejudice; and

C. IT IS FURTHER ORDERED that this Court shall retain jurisdiction to enforce any violation of this Final Order and Issuance of Permanent Injunction.

DATED this 28th day of June, 2017.

BY THE COURT:

_____
Hon. Judge André Birotte Jr.